MWG:MOM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

KAREEM GARCIA,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

C O M P L A I N T

(18 U.S.C. § 922(g)(1))

26-MJ-178

EASTERN DISTRICT OF NEW YORK, SS:

MICHAEL MCCARTHY, being duly sworn, deposes and states that he is a Detective with the New York City Police Department, duly appointed according to law and acting as such.

On or about September 11, 2026, within the Eastern District of New York and elsewhere, the defendant KAREEM GARCIA, knowing that he had previously been convicted in a court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce one or more firearms, to wit: a pink Taurus PT738 TCP .380mm firearm with a defaced serial number.

(Title 18, United States Code, Section 922(g)(1))

The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1. I am a Detective with the New York City Police Department ("NYPD") and have been involved in the investigation of numerous cases involving the recovery of firearms and ammunition. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation. Where I describe the statements of others, I am doing so only in sum and substance and in part.

2. On or about September 11, 2026, at approximately 6:30 p.m., NYPD officers stopped a silver Mercedes C-300 near the northeast corner of Putnam Avenue and Marcy Avenue in the Bedford-Stuyvesant neighborhood of Brooklyn, New York after observing at least one traffic violation. Specifically, before the stop, the officers observed the driver, a child seated in the backseat of the vehicle, and the individual seated in the front right passenger seat of the vehicle (who was later identified as the defendant KAREEM GARCIA) not wearing their seat belts. The officers also observed that the vehicle had only temporary dealer plates.

3. After stopping the vehicle, the officers approached the driver and passenger side of the vehicle. The officers informed the driver and the passenger (the defendant KAREEM GARCIA) that they were not wearing seatbelts, as is required by New York law. Additionally, officers asked the driver of the vehicle why the vehicle only had temporary dealer plates.

4. When the officers ran the driver and the defendant KAREEM GARCIA's names through a law enforcement database, they learned the following: the driver had an outstanding NYPD "I Card," which is an alert issued by the NYPD indicating that there is probable cause to believe the target committed a violation of New York Penal Law; and there was an outstanding bench-warrant for the defendant KAREEM GARCIA in connection with an outstanding charge of driving a vehicle with a suspended license.

5. At approximately 7:05 p.m., the officers arrested the defendant KAREEM GARCIA pursuant to the outstanding bench warrant. Officers conducted a search of GARCIA's person incident to his arrest. During that search, officers found a loaded pink Taurus PT738 TCP .380 mm firearm with a defaced serial number (the "Firearm") in GARCIA's pants.

6. I have reviewed the defendant KAREEM GARCIA's criminal history. On November 17, 2022, GARCIA pleaded guilty to one count of Hobbs Act robbery, in violation of 18 U.S.C. § 1951, in the United States District Court for the Southern District of New York. On March 1, 2023, GARCIA was sentenced to thirty months' imprisonment, followed by two years of supervised release. GARCIA's supervised release was later transferred to the United States District Court for the Eastern District of New York. At the time of GARCIA's arrest on or about September 11, 2026, GARCIA was still on supervised release in this District.

7. Based on my discussion with an interstate nexus expert at the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), I have also confirmed that the Firearm was manufactured outside of the state of New York.

WHEREFORE, your deponent respectfully requests that an arrest warrant issue for the defendant KAREEM GARCIA so that he may be dealt with according to law.

/s/ Michael McCarthy
Michael McCarthy
Detective
New York City Police Department

Sworn to before me by telephone this
17 day of September, 2026

Lara K. Eshkenazi
THE HONORABLE LARA K. ESHKENAZI
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK